UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO. 8:08-CR-334-T-17-TGW

GREGORY DRAYTON
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for medical evaluation and treatment and to continue sentencing (Docket No. 48). The Court defers ruling on the motion to continue the sentencing and grants the motion for medical treatment. Accordingly, it is.

**ORDERED** that defendant's motion for medical evaluation and treatment (Docket No. 48) be **granted**. The Court directs the U.S. Marshal to take the defendant to an oncologist as soon as possible and to provide a medical evaluation and report to the Court by 3:30 p.m. on Monday, June 22, 2009. The Court defers ruling on the motion to continue the sentencing pending receipt of the medical evaluation and report on June 22, 2009.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 19th day of June, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record